1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 |            Plaintiff,                2:13-cv-0917 TLN  AC

13 |    v.                                **APPLICATION AND ORDER
                                          FOR PUBLICATION**
14 | REAL PROPERTY LOCATED AT 36412
   | KENNETH AVENUE, MADERA,
15 | CALIFORNIA, MADERA COUNTY,
   | APN: 051-403-007-000, INCLUDING
16 | ALL  APPURTENANCES AND
   | IMPROVEMENTS THERETO,
17 |
   |            Defendant.
18

19         The United States of America applies for an order of publication as follows:

20         1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

21 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

22 Plaintiff shall cause public notice of the action to be given in a newspaper of general

23 circulation or on the official internet government forfeiture site;

24         2.      Local Rule 171, Eastern District of California, provides that the Court

25 shall designate by order the appropriate newspaper or other vehicle for publication;

26         3.      The defendant real property is located in Madera, California, Madera

27 County.

28
                                            1
                                                              Application and Order
                                                                   For Publication

4. The United States proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:  5/9/13

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 10, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Application and Order
For Publication