BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-00917-TLN-AC |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 36412 KENNETH AVENUE, MADERA, CALIFORNIA, MADERA COUNTY, APN: 051-403-007-000, INCLUDING ALL  APPURTENANCES AND IMPROVEMENTS THERETO, | DATE:              N/A<br>TIME:              N/A<br>COURTROOM:   N/A |
| Defendant. | |

        The United States and Claimants Alfredo Arreazola and Angelica Arreazola

(collectively, the "claimants") hereby stipulate that a stay is necessary in the above-

entitled action, and request that the Court enter an order staying all further proceedings

until the resolution of the related criminal case against Gilbert Arreazola and Derrick

Davis regarding drug trafficking at the defendant property.[1]

        1.      Each claimant has filed a claim and answer in this *in rem* forfeiture action,

asserting they are innocent owners of the defendant property.  ECF Nos. 9-11.

---

[1] United States. v. Gilbert Arreazola, et al., 2:13-CR-00052-TLN.

1                                                      Stipulation for a Stay of Further Proceedings

2.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant property was used to facilitate the cultivation of marijuana and/or cocaine trafficking.

3.      To date, several individuals have been charged with federal crimes related to marijuana cultivation and cocaine trafficking at the defendant property, United States. v. Gilbert Arreazola, et al., 2:13-CR-00052-TLN;  but neither Alfredo Arreazola nor Angelica Arreazola have been charged with any criminal offense by federal authorities.  It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant property.  Nevertheless, the United States intends to depose the claimants regarding their ownership of the defendant property, as well as their knowledge of the marijuana grows and/or cocaine trafficking at the defendant property.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4.      In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration.  Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution.

5.      The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case.  At that time the parties will advise the court of the status of the criminal

1  investigation, if any, and will advise the court whether a further stay is necessary.

2

3  Dated:___7/8/13___                          BENJAMIN B. WAGNER
                                               United States Attorney
4

5

6  By:    /s/ Kevin C. Khasigian_____
                                               KEVIN C. KHASIGIAN
7                                              Assistant U.S. Attorney

8

9  Dated:___7/8/13___                           /s/ Thomas M. Boyajian_____
                                               THOMAS M. BOYAJIAN
10                                             Attorney for Claimants Alfredo Arreazola
                                               and Angelica Arreazola
11                                             (As authorized on July 8, 2013)

12

13                                     **ORDER**

14        For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§

15  981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the related criminal case,

16  at which time the parties will advise the Court whether a further stay is necessary.

17        IT IS SO ORDERED.
18

19
    Dated:  July 12, 2013
20

21

22

23  _____
    Troy L. Nunley
    United States District Judge
24

25

26

27

28
                                        3