MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13−CV−00917−TLN−AC |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 36412 KENNETH AVENUE, MADERA, CALIFORNIA, MADERA COUNTY, APN: 051-403-007-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action in rem brought by the United States for forfeiture of a real property connected to drug trafficking. The real property is identified as 36412 Kenneth Avenue in Madera, California, including all appurtenances and improvements thereto and more fully described in Exhibit A of the Stipulation for Final Order of Forfeiture filed herewith. The recorded owner of the defendant real property is Alfred Arreazola and Angelica Arreazola.

2. A Verified Complaint for Forfeiture *In Rem* was filed on May 9, 2013. The complaint alleged that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

1

3. On May 29, 2013, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4. Beginning June 12, 2013, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. The publication ran for at least 30 consecutive days. A Declaration of Publication was filed on August 23, 2013.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

      a. Alfred Arreazola

      b. Angelica Arreazola

      c. Federal Home Loan Mortgage Corporation ("FHLM"), and

      d. Mortgage Electronic Registration Systems, Inc. ("MERS")

6. The Arreazolas filed a claim in this action on June 11, 2013. FHLM and MERS filed claims on August 13, 2013. No other parties have filed claims or answers in this matter.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8. Judgment is hereby entered against claimants Alfred Arreazola and Angelica Arreazola and all other potential claimants who have not filed claims in this action.

9. Upon entry of a Final Judgment of Forfeiture, the Arreazolas shall have thirty days to pay $2,000.00 to the United States in lieu of forfeiting the defendant real property—the substitute res. The substitute res shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

10. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing of the Complaint and the posting of the

defendant property with the Complaint and Notice of Complaint, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

11. All parties are to bear their own costs and attorneys' fees.

12. The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

13. Based upon the allegations set forth in the Complaint filed May 9, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

Dated: December 18, 2018

_____
Troy L. Nunley
United States District Judge